IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMIAH ORDONEZ,

    Plaintiff,

v.                                                                                                        No. 20-cv-927-JB-KRS

MENTAL HEALTH TREATMENT
CENTER,

    Defendant.

## ORDER DIRECTING AMENDMENT

THIS MATTER is before the Court on the *pro se* handwritten letter filed by Plaintiff Jeremiah Ordonez. (Doc. 1). In the letter, Plaintiff states that he is illegally being detained in a psych ward when he does not have a mental illness, is being subjected to psychotropics, and is being denied legal access. (Doc. 1). The Court construes the letter as an attempt to assert prisoner civil rights claims under 42 U.S.C. § 1983, which allows a person whose federal rights have been violated by state or local officials "acting under color of state law" to sue those officials.

The letter is not in proper form to assert civil rights claims. The letter does not identify a defendant (or defendants). It does not include factual allegations explaining who did what to Plaintiff, when they did it, how it harmed him, or what specific legal right was violated. *See Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe Cnty. Just. Ctr.*, 492 F.3d 1158, 1163 (10th Cir. 2007) (discussing the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure). Nor does it include a prayer for relief. *See* Fed. R. Civ. P. 8(a)(3) (a pleading that states a claim for relief must contain a demand for the relief sought).

Plaintiff's supplemental letters of September 15, 2020 (Doc. 2), October 5, 2020 (Doc. 4 at 3), and November 23, 2020 (Doc. 6), are similarly styled and therefore do not cure the

deficiencies in Plaintiff's original pleading.

If Plaintiff wishes to pursue his claims under § 1983, he must file a proper complaint that comports with basic pleading standards referenced above. If Plaintiff fails to file such a complaint within thirty days of the entry of this order, the Court may dismiss this proceeding without further notice.

**IT IS ORDERED** that:

(1) Within thirty days of the entry of this Order Plaintiff must file an amended complaint as specified herein; and

(2) the Clerk's Office shall Mail Plaintiff a form § 1983 prisoner civil rights complaint with instructions.

_____
United States Magistrate Judge